**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1545**

IVA ROBBINS,

Plaintiff - Appellant,

v.

VIRGINIA DEPARTMENT OF AGING AND REHABILITATIVE SERVICES;
JIM ROTHROCK, Commissioner,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:14-cv-00626-LO-TCB)

Submitted:  January 22, 2015          Decided:  January 26, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Iva Robbins, Appellant Pro Se.  Pamela Brown Beckner, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iva Robbins appeals the district court's orders denying, without prejudice, her motion for appointment of counsel, denying her motion for a temporary restraining order, and dismissing, without prejudice,[*] her complaint seeking injunctive relief against Defendants. Limiting our review to the issues raised in Robbins' informal brief, see 4th Cir. R. 34(b), we affirm the district court's orders. See Robbins v. Va. Dep't of Aging & Rehab. Servs., No. 1:14-cv-00626-LO-TCB (E.D. Va. May 30, 2014; June 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Generally, dismissals without prejudice are not appealable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066 (4th Cir. 1993). However, a dismissal without prejudice could be final if no amendment to the complaint could cure the defects in the plaintiff's case. See id. at 1066-67. We find that the district court's order is a final, appealable order because the defects in Robbins' complaint—failure to exhaust administrative remedies—must be cured by something more than an amendment to the complaint. See id.